UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER RYON,

    Plaintiff,

v.

Case No. 1:10-cv-961

HONORABLE PAUL L. MALONEY

REGENT ASSET MANAGEMENT
SOLUTIONS and MICHAEL ANTHONY
SCATA,

    Defendants.
_____/

## **PARTIAL JUDGMENT**

Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of plaintiff Jennifer Ryon and against defendant Michael Anthony Scata in the amount of $1,150, plus reasonable costs and attorney fees, as agreed upon by the parties or as determined by the Court.

Date: April 22, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge